AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Organizational Defendants) |
| LOWMARKUP, INC. | Case Number: 21-CR-1394-CAB |
| | JOHN C. LEMON |
| | Defendant's Attorney |

☐ –

THE DEFENDANT:

☒ pleaded guilty to count(s)    ONE (1) OF THE ONE-COUNT INFORMATION

☐ was found guilty on count(s) ____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 41 USC 2102(b), 2105(a) | OBTAINING CONFIDENTIAL GOVERNMENT PROCUREMENT INFORMATION TO OBTAIN COMPETITIVE ADVANTAGE (FELONY) | 1 |

FILED
DEC 08 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The defendant organization is sentenced as provided in pages 2 through **4** of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) ____

☐ Count(s) ____ is   dismissed on the motion of the United States.

☒ Assessment : $400.00
  –

☒ See fine page    ☐ Forfeiture pursuant to order filed ____, included herein.

IT IS ORDERED that the defendant organization must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 8, 2021
Date of Imposition of Sentence

_(signature)_

HON. Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| DEFENDANT: | LOWMARKUP, INC. | Judgment - Page **2** of **4** |
| CASE NUMBER: | 21-CR-1394-CAB | |

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:
FIVE (5) YEARS.

## MANDATORY CONDITIONS

1. The defendant organization must not commit another federal, state or local crime.

2. The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to
act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil
litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | LOWMARKUP, INC. | Judgment - Page 3 of 4 |
| CASE NUMBER: | 21-CR-1394-CAB | |

## SPECIAL CONDITIONS OF SUPERVISION

1. The organization shall notify the court or probation officer immediately upon learning of (a) any material adverse change in its business or financial condition or prospects, or (b) the commencement of any bankruptcy proceedings against the organization, or any investigation or formal inquiry by the governmental authorities regarding the organization.

2. The organization shall submit to: (a) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and (b) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

3. The organization shall not apply for, seek, or bid on any further government contracts.

//

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | LOWMARKUP, INC. | Judgment - Page **4** of **4** |
| CASE NUMBER: | 21-CR-1394-CAB | |

## FINE

The defendant shall pay a fine in the amount of       $150,000.00       unto the United States of America.

Fine shall be paid through the Clerk, U.S. District Court. Payment of fine shall be forthwith.

Parties may submit an Order re Payment Schedule of Fine once a schedule has been agreed upon by counsel.

//

//

//

21-CR-1394-CAB